THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUXEMBURG REALTY CORPORATION, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

Argued October 20, 1942; decided December 3, 1942.

*William C. Chanler*, Corporation Counsel (*Arthur H. Goldberg, Arthur A. Segall* and *Anthony Curreri* of counsel), for respondents.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this Court and in the Appellate Division. (See *People ex rel. Ambroad Equities, Inc.,* v. *Miller*, 289 N. Y. 339.) No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.